UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:21-cv-06203-ODW (SPx) | Date | September 28, 2021 |
|---|---|---|---|
| Title | *Barat Goroyan v. BMW of North America, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   Order DENYING AS MOOT Motion to Remand [16] and STRIKING Text Entry [21]

It appears that a multiplicity of remand motions and hearing dates has created some confusion in the record. Initially, on September 2, 2021, Defendant filed two duplicate remand motions. (ECF Nos. 14, 16.) The Court terminated ECF No. 14 as duplicative, leaving the motion at ECF No. 16 pending, with a hearing date of October 4, 2021.

Then, on September 10, 2021, presumably in response to the Court's Notice to Filer of Deficiencies (ECF No. 17), Defendant filed another remand motion (the third of three), scheduling a hearing on October 18, 2021. (ECF No. 18.) Then, on September 28, 2021, the Court issued an entry taking the motion at ECF No. 16—with its October 4, 2021 hearing date—under submission. (ECF No. 21.)

///

///

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:21-cv-06203-ODW (SPx) | Date | September 28, 2021 |
|---|---|---|---|
| Title | *Barat Goroyan v. BMW of North America, LLC et al.* | | |

To clarify any confusion caused by the foregoing, the Court **ORDERS** as follows.

(1) The Motion to Remand at ECF No. 16 is **DENIED AS MOOT** and the October 4, 2021 hearing is **VACATED**.
(2) The entry at ECF No. 21 is **STRICKEN** because it refers to a hearing which is now vacated.
(3) The Motion to Remand at ECF No. 18 is the currently pending motion with a hearing date of October 18, 2021.  The matter is not yet under submission, and any remaining briefing deadlines are governed by the Local Rules.

**IT IS SO ORDERED.**

                                                              :     00

                          Initials of Preparer     SE